# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-3546

_____

SAMUEL JONES,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.


February 21, 2019


PER CURIAM.

The petition alleging ineffective assistance of appellate counsel is denied on the merits.

MAKAR, WINOKUR, and M.K. THOMAS, JJ., concur.


_____


***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Samuel Jones, pro se, Petitioner.

Ashley B. Moody, Attorney General, Tallahassee, for Respondent.